Marie WHITE v. MAMMOTH LIFE & ACCIDENT INS. Co. (Admx. Horace L. Street).

Court of Appeals of Kentucky.

June 16, 1944.

Lawrence S. Grauman and Chas. W. Anderson for appellant.

Allen P. Dodd, Jr., and R. Everett Ray for appellee.

PER CURIAM.

Judgment dismissing counterclaim and cross-petition seeking recovery of $250 proceeds of life insurance policy.